CAPITAL CASE

IN THE S.D. DIST FED COURT CA

ERIC MEYER

PETITIONER

DELTA AIRLINES

RESPONDENT

S.D. HUD HOUSING

CASE No '19CV0322 MMAMSB

JUDGE

CIVIL COMPLAINT

2254    1983

FILING FEE PD
Yes        No

IFP MOTION FILED
Yes        No

CONSENT TO
Court        ProSe

FILED

FEB 1 3 2018

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                      DEPUTY

WITNESS USING CHASE

EXPERIAN      BANK, I PAY COURT

WITNESS      $150. M DEMAND IIx

EQUAFAX

WITNESS      PETITIONER

TRANS UNION      SESSIONOVO

WITNESS      JEFF

LAURIE CONNOLLY

PETITIONER      PETITIONER

MAYO CLINIC      DAVID BARROWS WITNESS

PETITIONER      KAMARA HARRIS PETITIONER

CELEBRATION OF      CURES MEDIC

HEALTH, BLUFFTON      HARVANT

PETITIONER      PETITIONER

TERRY CHAPPEL

PETITIONER

KID OF ME + LAURIE CONNOLLY

PETITIONER      PETITIONER

MICHAEL M. ANELLO
I PAY YOU $50. M TO FILE
THIS WITH COURT CLERK
PETITIONER
TIM CUMMINGS@READ
WITNESS
READ MOSP CHICAGO

PAUL MURRAY PETITIONER

IN ~2006 SHE WAS 19 Y.O. AT SEA
WORLD LIVE MUSIC OF EVAN &
JAROLD, I BRUSHED INTO HER A
LOT, HER FRIEND SAID SHE UNDER
AGE & SHE NOT INTERESTED IN ME

WITNESS
WOMAN IN BACK OF CROWD,
SHE TALKED WITH ME BRIEFLY
A FEW TIMES, SHE WAS FULL
OF POSITIVE THINGS TO SAY
I LOVE HER AND WANT HER
AS A WIFE, I WANT WORLD COURT
& INTERPOL TO WORK AS A TEAM
TO FIND THIS AMAZING SWEET
HEART WHO I LOVE TO BE MY WIFE
PETITIONER SEE ABOVE.

PETITIONER REX TILLERSON
MAGICIAN MIKE

AFFADAVIT OF ERIC MEYER
1. I AM IMPRISONED AT READ HOSPITAL
2. SINCE APR 2017 I HAVE BEEN
ASSAULTED MY MED NURSES
MONTHLY INJECTING HALDOL
3. EXCEPT FOR 5 DAYS I HAVE
BEEN LOCKED UP SINCE 11/2016
4. I BEEN HOMELESS 5 Yr + 1mo
SWORN TRUE Eric [signature] 8-25-2018

AFFADAVIT OF ERIC MEYER

1. ON 1-21-2019 AT 3:43 AM, MY CRAZY AND ANNOYING ROOMMATE, AUSTIN FOSTER, TURNED ON THE ROOM LIGHT AND MADE NOISE. I HAD TO GET OUT OF BED TWICE 1-20-2019 TO CLOSE ROOM DOOR AND ONCE ALREADY 1-21-2019, NOISE IN THE MENTAL HOSPITAL MAKES REST DIFFICULT. AUSTIN PAST FEW DAYS OFTEN TURNS ON ROOM LIGHT A FEW TIMES PER HOUR AS HE CHANGES CLOTHES, AT LEAST ONCE 1-21-2019 I HAD TO GET OUT OF BED TO TURN OFF ROOM LIGHT. AT ABOUT 1:45PM I TURNED OFF BATHROOM LIGHT HE LEFT ON. 2. I AM IMPRISONED AT READ HOSPITAL BY USA TO FIX TOXIC SECURITIES OF WORLD BANK, IMF, ECB. ASK ELISABETH WARREN + ALL 5 SECS. 3. ON 1-21-2019 THE READ HOSPITAL COOKS GAVE ME HYDROGENATED PEANUT BUTTER, LAST WEEK I TOLD DIETIAN TO STOP GIVING IT, IT CAUSES HEART DISEASE AND BRAIN DAMAGE. SWORN TRUE Eric Meyer 1-21-2019

I PAY YOU $23.B TO READ, COPY, SUBMIT
TO COURT CLERK
PETITIONER
SONIA SOTOMAYOR
PETITIONER
CLERENCE THOMAS
PETITIONER
ELENA KAGEN
PETITIONER
RABBI KURT SCHNEIDER
PETITIONER
LILY FISCHER & EVA WITHERSPOON
YOU BOTH REP ME      ALL 5 SECS
PETITIONER              PETITIONER
I WANT MORE YOUNG WIVES
AFFADAVIT OF ERIC MEYER
1. I AM IMPRISONED BY READ HOSPITAL
BY SONIA SOTOMAYOR & ALL 5 SECS,
ASK WITNESSES WORLD BANK, IMF, ECB
2. SINCE APR 2017, TO OCT 3, 2018
I AM FORCED TO ACCEPT TORTURE
DRUG HALDOL, CAUSES RAPID
BREATHING, RARE FEELING
SUFFICATING UNDER WATER, POOR
MEMORY, LOWERED INTELLIGENCE,
SEXUAL DYSFUNCTION, MISARY ALL DAY
SWORN TRUE Eric Meyer 10-24-2018

LAUREN ROUSSO CARLY PETITIONER PETITIONER
YOU SUBMIT IN ALL PCS IN ALL PCS USB FLASH DRIVES TO MARRY ME I PAY EACH $12.0 PETITIONER
WITNESS BLUFFTON OH 118 S. SPRING ST SALLY SOMER

HOSPITAL FOR PAST YEAR. PRIOR
I WAS LOCKED UP OVER ONE
YEAR AT MADDEN HOSPITAL,
WITH 3 BRIEF OF A DAY OR TWO
TIMES OF FREEDOM. IN 2017,
I WENT TO U.S. BANK TO
REQUEST/DEMAND TWO
BANKERS BE MY SSA SSI
REP PAYEE, AND LET ME
STAY WITH THEM AND
SLEEP ON BANKERS COUCH
AND CLEAN BANKERS
HOUSE, AND COOK MEALS
FOR BANKER, FOR A FEW
MONTHS UNTIL I GOT MY
IL DMV ID CARD WITH CASH
TO RIDE TO LIMA OHIO ON GREYHOUND
BUS LINES
2. Dr SHAWN SUED ME TO FORCE
MORE DRUGS TO TORTURE ME. THE
COURT DATE ABOUT 12-14-2018 AT READ
HOSP. MENTAL COURT.

SWORN TRUE. Eric8moran 12-11-2018

CAPITAL CASE

IN THE SAN DIEGO DIST FED COURT CA

ERIC MEYER                    CASE NO

PETITIONER

ALL READ HOSP COOKS          JUDGE

RESPONDENT

AUSTIN FOSTER

RESPONDENT              CIVIL COMPLAINT

DIETIAN TES @ READ HOSP ORIGINAL ACTION.

WITNESS

CHICAGO READ HOSPITAL DEMAND 30x.

WITNESS                I PAY COURT USING

TIM CUMMINGS @ READ PAUPER FUND GRANT.

WITNESS

TED TALK ABOUT FOOD MICHAEL M. ANELLO

WITNESS  I WANT YOU TO SUBMIT THIS TO COURT CLERK

KELLY SIMMS FDA READ HOSP TRUST FUND KEEPER

WITNESS    WITNESS  PETITIONER

TAYLOR SWIFT  SELENA GOMEZ  USDA

PETITIONER       PETITIONER     WITNESS

AVA PHILLIPPE LEON LEDERMAN  B96 RADIO KELWORD: PALM

PETITIONER     PETITIONER    PETITIONER

ELIJAH RIPPS MICHAEL DORSMN JOSE MERCOLA

PETITIONER      PETITIONER        PETITIONER

I WANT MARRIAGE AND SEX WITH TAYLOR SWIFT, SELENA

GOMEZ AND AVA PHILLIPPE AS EACH WIFE TAKES

TURNS STROKING AND MASSAGING MY PENIS INSIDE

HER VAGINA, AS ANOTHER WIFE SQUATS OVER MY NECK

TOUCHING HER WIFE VAGINA TO MY LIPS, SO I

CAN USE MY TONGUE TO MASSAGE DEEP INSIDE

VAGINA AND PINK LINING AND CLITORUS. I LOVE

BOTH BOY AND GIRL BABIES SO I DO NOT WANT

ANY BIRTH CONTROL USED. DURING PREGNANCY I

INTEND TO GIVE TAYLOR, SELENA & AVA LOTS OF

VAGINAL-PENIS SEX AS I LAY ON MY BACK SHE

SITS ON MY GROIN SO NO MISCARRAGE, AND I

WANT TASTE OF PREGNANT WIFE VAGINAL FLUIDS IN MY

MOUTH AS I MASSAGE, LICK, KISS CLITORUS AND ALL

OVER VAGINAL LINING AREA. I LOVE THESE 3 WIVES GREATLY

CAPITAL CASE

IN THE S.D. DIST FED COURT CA

ERIC MEYER                              CASE No
PETITIONER

LOGAN WOMEN'S PRISON IL        JUDGE
RESPONDENT

DECATUR WOMEN'S PRISON IL
RESPONDENT              PROT ACT

CALI WOMEN'S PRISON, PAY COURT WITH
RESPONDENT

OHIO WOMEN'S PRISON PAUPER FUND
RESPONDENT         GRANT

U.S. PRISON BEAURO DEMAND 30x
WITNESS

SHIRLEY MILLER
WITNESS

MOTHER'S AGAINST VIOLENCE & INCARCERATION
PETITIONER                    ILLINOIS

FAMILIES AGAINST MANDATORY MINIMUMS
PETITIONER

SONIA SOTOMAYOR
PETITIONER

CLARENCE THOMAS
PETITIONER

ELENA KAGEN
PETITIONER

FINDLAY CITY

WITNESS

IRENE FITZGELD

WE WENT TO YMCA DAY CAMP TOGETHER
AT AGE 12 IN FINDLAY OH. I WANT
YOU TO PICK ME ONE A BLACK PRISONER
WOMAN
TO BE FREED TO BE MY POLY WIFE

PETITIONER

TALIA BAILEE

VIC HOSPITAL 2013 PATIENT, I WANT
YOU TO PICK ME ONE BLACK
PRISONER FEMALE TO BE MY POLY WIFE

PETITIONER

BAILEE MADISON

I WANT YOU TO PICK ME 3 MIXED
RACE PRISONERS TO BE MY POLY WIFE

PETITIONER

LILY FISCHER

I WANT YOU TO PICK ME FOUR
WHITE PRISONERS TO MARRY

PETITIONER

SALLY WEAVER SOMER

I WANT YOU TO MARRY ME TO
ABOVE PRISONERS PICKED FOR ME

PETITIONER

RABBI KURT SCHNEIDER
MARRY ME TO PICKED PRISONERS
PETITIONER
ALL FEMALE PRISONERS OF
SAID PRISONS IN CA, OH,
IL: COME TO COURT TO SEE
IF MY TRUSTED WIVES LILY
FISCHER, BAILEE MADISON,
TALIA BAILEE + IRENE FITZGEALD
BELIEVE YOU A GOOD MATCH
FOR ME. I AM AGE 42 MAN,
BLUE EYES, CAUCASIAN,
BROWN HAIR, BLACK BEARD,
5'7, 170#, NON-SMOKER NON-
DRUG USER, FOUNDER OF TRUTH
RELIGION THAT USES TORAH
BIBLE CODE TO BE GUIDED BY
JEWISH GOD AMY THAT ALL
DRUGS DO SOME HARM,
MENTAL DRUGS ARE DEPRIVERS
OF EMOTIONAL MATURATION & SPIRITUAL
ASCENT. I WANT TO GROW FOOD INDOORS.
PETITIONER

JPAY.COM
PETITIONER
DONALD TRUMP
PETITIONER
BRUCE RAUNER
PETITIONER
J. B. PRITZER
WITNESS
JERRY BROWN
PETITIONER
JOHN KASICH
PETITIONER
JEFF SESSIONS
WITNESS
MATT WHITIKER
PETITIONER
ERIC HOLDER
WITNESS
LORETTA LYNCH
WITNESS
LISA MADIGAN
I WANT YOU TO PICK ME 2 WIVES ANY RACE
PETITIONER

KAMARA HARRIS
I WANT YOU TO PICK ME ONE WIFE
ANY RACE
PETITIONER
MIKE DEWINE
I WANT YOU TO PICK ME ONE WIFE
ANY RACE
PETITIONER
BANK OF THE WEST
PETITIONER
RIHANNA FENTY
PETITIONER
AVA PHILUPPE
PETITIONER
ROSEANNA MILLER
PETITIONER
DARLA JOHNSON
PETITIONER
JANICE FISCHER
PETITIONER
OHIO + CALI LIMOSINE FROM HOME
TO AIRPORT & AIRPORT TO COURT
FOR EPILEPTIC WIFE DARLA JOHNSON
PETITIONER

SPRINT LAND LINE WIFI INTERNET
PETITIONER
SOFTLAYOR WEB SERVERS
PETITIONER
CI HOST SERVERS
WITNESS
POWER BASIC FOR EACH WIFE
PETITIONER
PERFECT SYNCH FOR EACH WIFE
PETITIONER
GODADDY DOMAINS
PETITIONER
ROBERT ZALE
PETITIONER
HIME MATH
PETITIONER
WALMART TOP SOIL
PETITIONER
CHRISSY WALTON
PETITIONER
ERIKO SITO
PETITIONER

GURNEYS SEEDS
PETITIONER

BURGRESS SEEDS
PETITIONER

JOHNNY SEEDS
PETITIONER

STERITE PLASTICS GROW TUBS
PETITIONER

AMANDA TUBBS
PICK ME 2 WIVES ANY RACE
PETITIONER

ALL L.E.D. GROW LIGHT MFR
IN U.S. OVER 650 WATTS
PETITIONER

PLANNED PARENTHOOD
WITNESS

FAMILY PLANNING NONPROFIT
WITNESS

NORTHWESTERN MEMORIAL
HOSPITAL, CHICAGO IL
STEM CELL HARVEST TYPE
ABORTION WEEK 14 FOR THE
SICK, INFERTILE, THOSE WITH CANCER
PETITIONER

JOHN CURRAN @ NORTH WESTERN
MEMORIAL HOSP GYN
PETITIONER

THE BIRTHING GUY.COM
PETITIONER

ALL TEXAS MIDWIVES
PETITIONER

READ HOSPITAL
WITNESS

Dr SHANN @ READ HOSPITAL
WITNESS

TIM CUMMINGS
WITNESS

NOEL BECKER
WITNESS

DIETIAN TES
WITNESS

ALL READ HOSP COOKS
WITNESS

MADDEN HOSPITAL
WITNESS

U.S. BANK IN CHICAGO WHERE
301I1 WAS PICKED UP IN AMBULANCE
WITNESS

ALL HOUSES FOR RENT IN LIMA
OH SO WE CAN STAY OFF
STREET/NOT BE HOMELESS
WHILE WE FIND US A HOME
OR BUILDING ON ZILLOWS
PETITIONER
ZILLOWS
WE WANT TO BUY A BIG HOUSE
OR A BUILDING TO LIVE TOGETHER,
SLEEP IN ONE COMMON
AREA NO WALLS, & WORK AS
SOFTWARE ENGINEERS TO
BE TRAINED IN BY ERIC MEYER
PETITIONER
LIMA SUPERIOR FED CREDIT UNION
I WANT ALL WIVES AND ME TO
SHARE AN ACCOUNT AS
ONE FAMILY
PETITIONER
BOLTHOUSE FARMS
PETITIONER

SILK SOYMILK
PETITIONER
YVES TOFU HOTDOGS
PETITIONER
VEGANESE GRAPESEED OIL
MAYO, GOOD FOR HEART
PETITIONER
FISCHER'S NUTS
PETITIONER
QUAKER OATS
PETITIONER
"GRANDMA'S" UNSULFERED MOLLASSES
PETITIONER
FOOD4LIFE SPELT BREAD
PETITIONER
AMAZON.COM
PETITIONER
SHARPIE NON-TOXIC MARKERS
FOR TEMPORARY TATTOOS
PETITIONER
REVLON
PETITIONER
VICTORIA'S SECRET
PETITIONER

MICHAEL DORSKIND
PETITIONER
ELIJAH RIPPS
WITNESS
NATO MAN WHO LOVES GREY ALIENS
PETITIONER
I WANT WIVES IN POLYGAMY TO COOK
HEALTHY FOOD WITH, PROGRAM
SOFTWARE AFTER I TEACH
HOW (NO COLLEGE REQUIRED)
GROW FOOD INDOORS, MAKE BABIES
AND STEM CELLS (LILY
FISCHER WAS A SMOKER,
SHE WOULD BENEFIT FROM A
STEM CELL LUNG INJECTION)
AND COLOR EACH OTHER WITH
TEMPORARY TATTOOS OF SHARPIE
MARKERS, AND WEAR REVLON
LIPSTICK + VICTORIA'S SECRET
LINGERIE FOR FUN OF TEN.
AFFADAVIT OF ERIC MEYER:
1. I AM IMPRISONED AT REAL

ERIC MEYER
A- NORTH
4200 N. OAK PARK
CHICAGO IL 60634

JUDGE MICHAEL M. ANELLO
221 W. BROADWAY
S.D. CA 92101

92101-897299

ERIC MEYER
A-NORTH
4200 N. OAK PARK AVE
CHICAGO IL 60634

JUDGE MICHAEL M. ANELLO
221 W. BROADWAY
S.D. CA 92101

92101-897380



CAROL STREAM
IL 601
02 FEB '19
PM 4 L

UNITED STATES POSTAGE

$ 000.50⁰

02 1P
0000805852
MAILED FROM ZIP CODE 60634
FEB 01 2019

PITNEY BOWES

ERIC MEYER
A-NORTH
4200 N. OAK PARK
CHICAGO IL 60634

JUDGE MICHAEL M. ANELLO
221 W. BROADWAY
S.D. CA 92101

92101-857380



UNITED STATES POSTAGE
$ 000.50⁰
02 1P
0000808382
FEB 11 2019
MAILED FROM ZIP CODE 60634

CHICAGO, IL 601
02 FEB '19
PM 5/L