

# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Eric Meyer<br><br>　　　　　　　　　　　　　　Plaintiff,<br>V.<br>Delta Airlines; S.D. HUD Housing; Experian; Equifax; Trans Union; Laurie Connolly; Mayo Clinic<br><br>　　　　　　　　　　　　　　Defendant. | Civil Action No. 19cv322-MMA(MSB)<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court grants Plaintiff's Motion to Proceed IFP pursuant to 28 U.S.C. § 1915(a); dismisses Plaintiff's Complaint as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B) and without leave to amend; directs the Clerk of Court to enter judgment in accordance with this Order and close the case; and certifies that an IFP appeal from this Order would also be frivolous and therefore, could not be taken in good faith pursuant to 28 U.S.C. § 1915(a)(3).

Date:　　　3/15/19

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ R. Chapman
　　　　　　　　　　　　R. Chapman, Deputy